**Order entered December 16, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00853-CV

### IN THE INTEREST OF S.L.M., A.L.M., AND H.P.M., CHILDREN

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-54002-2014**

## ORDER

Before the Court is appellant's December 12, 2019 unopposed second motion for extension of time to file his brief. We **GRANT** the motion to the extent we **ORDER** the brief be filed no later than January 21, 2020. We caution that further extension requests will be disfavored.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE